# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-1884 MRW | Date | May 14, 2020 |
|---|---|---|---|
| Title | Rothschild Patent Imaging v. IDrive | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice voluntarily dismissing this case with prejudice.  (Docket # 9.)  This action is dismissed with prejudice.